Jason R. Hull (11202)
**MARSHALL OLSON & HULL, PC**
Ten Exchange Place, Suite 350
Salt Lake City, UT 84111
Tel: (801) 456-7655
jhull@mohtrial.com

Emily L. Wasserman, *admitted pro hac vice*
Maxwell E. Hamilton, *admitted pro hac vice*
**DAVIS GRAHAM & STUBBS LLP**
3400 Walnut Street, Suite 700
Denver, CO 80205
Tel: (303) 892-9400
emily.wasserman@davisgraham.com
max.hamilton@davisgraham.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ACT EDUCATION CORP. F/K/A ACT, INC., a Delaware Corporation <br><br>      Plaintiff, <br><br> vs. <br><br> SCOTT HILDEBRANDT, an Individual, d/b/a EKNOWLEDGE a/k/a EKNOWLEDGE, LLC, a/k/a EKNOWLEDGE GROUP, INC.; and THE NATIONAL COLLEGE TEST PREP FOUNDATION, a Utah Nonprofit Corporation. <br><br>      Defendant. | **NOTICE OF SETTLEMENT** <br><br> Case No. 2:24-cv-00703-JNP-CMR <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Cecilia M. Romero |

Plaintiff ACT Education Corp. ("ACT"), by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle of all claims pending in this action. The parties are in the process of finalizing a written settlement agreement and expect to file a Joint Motion for Administrative Closure by June 15, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court vacate all current deadlines.

Dated: May 4, 2026                    Respectfully Submitted,


**MARSHALL OLSO & HULL, P.C.**

By: *_/s/ Jason R. Hull_*
   Jason R. Hull

**DAVIS GRAHAM & STUBBS LLP**
   Emily L. Wasserman
   Maxwell E. Hamilton

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this 4th day of May 2026, I caused the foregoing **NOTICE OF SETTLEMENT** to be filed through the Court's electronic filing system, which served Defendants.

/s/ *Jason R. Hull*