Jason R. Hull (11202)
**MARSHALL OLSON & HULL, PC**
Ten Exchange Place, Suite 350
Salt Lake City, UT 84111
Tel: (801) 456-7655
jhull@mohtrial.com

Emily L. Wasserman, *admitted pro hac vice*
Maxwell E. Hamilton, *admitted pro hac vice*
**DAVIS GRAHAM & STUBBS LLP**
3400 Walnut Street, Suite 700
Denver, CO 80205
Tel: (303) 892-9400
emily.wasserman@davisgraham.com
max.hamilton@davisgraham.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ACT EDUCATION CORP. F/K/A ACT, INC., a Delaware Corporation<br><br>         Plaintiff,<br><br>vs.<br><br>SCOTT HILDEBRANDT, an Individual, d/b/a EKNOWLEDGE a/k/a EKNOWLEDGE, LLC, a/k/a EKNOWLEDGE GROUP, INC.; and THE NATIONAL COLLEGE TEST PREP FOUNDATION, a Utah Nonprofit Corporation.<br><br>         Defendant. | **STATUS REPORT**<br><br>Case No. 2:24-cv-00703-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff ACT Education Corp. ("ACT"), by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle of all claims pending in this action and are in the process of finalizing a written settlement agreement. The parties, however, need additional time to finalize the settlement agreement. The parties expect to file a Joint Motion for Administrative Closure by August 15, 2026.

Dated: July 15, 2026            Respectfully Submitted,


**DAVIS GRAHAM & STUBBS LLP**


By:*/s/ Emily L. Wasserman*
    Emily L. Wasserman
    Maxwell E. Hamilton

**MARSHALL OLSON & HULL, P.C.**
    Jason R. Hull


*Attorneys for Plaintiff*